**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 113 EAL 2018

                    Respondent   :

                                 :   Petition for Allowance of Appeal from
                                 :   the Order of the Superior Court

                    v.   :

FRANK J. SCHAEFFER,   :

                    Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.